IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-473-F

| | | |
|---|---|---|
| SUSAN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ABSOLUTE COLLECTION SERVICE, INCORPORATED | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Clerk on plaintiff's motion for entry of default [D.E. 6]. For the reasons explained, the motion is denied as moot.

On November 2, 2010, plaintiff filed this action against Absolute Collection Service, Incorporated [D.E. 1]. According to plaintiff, defendant was served with the summons and complaint by certified mail on November 5, 2010 [D.E. 3]. On December 10, 2010, the court directed plaintiff to proceed under Rule 55 of the Federal Rules of Civil Procedure because defendant had not filed a responsive pleading [D.E. 5]. On December 21, 2010, plaintiff moved for entry of default [D.E. 6]. On December 22, 2010, defendant filed an answer to plaintiff's complaint [D.E. 7]. Because defendant has now appeared in this action, plaintiff's motion for entry of default [D.E. 6] is denied as moot.

Signed this 6th day of January 2011.

Dennis P. Iavarone, Clerk of Court